AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Western District of Texas - Waco Division__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:22-cv-00905 | DATE FILED<br>9/1/2022 | U.S. DISTRICT COURT<br>Western District of Texas - Waco Division | |
|---|---|---|---|
| PLAINTIFF<br>Halliburton Energy Services, Inc.,<br>Halliburton US Technologies, Inc.,<br>Halliburton Group Technologies, Inc. | | DEFENDANT<br>U.S. Well Services, LLC | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | See Attachment A | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

**Attachment A**

| Patent | Date of Patent | Holder of Patent |
| --- | --- | --- |
| RE46,725 | February 20, 2018 | Halliburton Energy Services, Inc. |
| RE47,695 | November 5, 2019 | Halliburton Energy Services, Inc. |
| 9,435,333 | September 6, 2016 | Halliburton Energy Services, Inc. |
| RE49,083 | May 24, 2022 | Halliburton Energy Services, Inc. |
| RE49,140 | July 19, 2022 | Halliburton Energy Services, Inc. |
| RE49,155 | August 2, 2022 | Halliburton Energy Services, Inc. |
| RE49,156 | August 2, 2022 | Halliburton Energy Services, Inc. |