IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| HALLIBURTON ENERGY SERVICES, INC., HALLIBURTON US TECHNOLOGIES, INC., AND HALLIBURTON GROUP TECHNOLOGIES, INC.<br>   *Plaintiffs,*<br><br>-v-<br><br>U.S. WELL SERVICES, LLC, and PROFRAC HOLDING CORPORATION,<br>   *Defendants.* | § § § § § § § § § § § § § § | 6:22-CV-00905-ADA-DTG |

## SECOND CLAIM CONSTRUCTION ORDER

The Court construes the terms of U.S. Patent No. RE 49,348 (the "'348 Patent") and U.S. Patent No. RE49,456 (the "'456 Patent") as follows:

| **Disputed Term** | **Court's Preliminary Construction** |
|---|---|
| "an amount of electricity sufficient to power" / "wherein the amount of electricity is sufficient to power"<br><br>('348 Patent Claims 27, 49)<br>('456 Patent Claims 42, 47) | Not indefinite. Plain and ordinary meaning. |
| "using the amount of electricity" / "wherein the amount of electricity used"<br><br>('348 Patent Claims 27, 34, 49, 50)<br>('456 Patent Claims 42, 45, 48, 50) | Not indefinite. Plain and ordinary meaning. |
| "field gas"<br><br>('348 Patent Claims 27, 29, 32, 49)<br>('456 Patent Claims 27, 42, 45, 47, 55) | Plain and ordinary meaning. |

**SIGNED** this 10th day of April, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE